No. D–2327.  IN RE DISBARMENT OF REYNOLDS.  Disbarment entered.  [For earlier order herein, see 536 U. S. 937.]

No. D–2328.  IN RE DISBARMENT OF BRANDES.  Disbarment entered.  [For earlier order herein, see 536 U. S. 937.]

No. D–2329.  IN RE DISBARMENT OF LEONARDO.  Disbarment entered.  [For earlier order herein, see 536 U. S. 937.]

No. D–2330.  IN RE DISBARMENT OF ZOGBY.  Disbarment entered.  [For earlier order herein, see 536 U. S. 937.]

No. 01M77.  SPENDLOVE v. CAREY;

No. 01M79.  WYNN v. UNITED STATES;

No. 01M80.  SCHIPKE v. SURGITEK, INC., ET AL.;

No. 02M1.  HARVEY v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION;

No. 02M2.  ABRAMS v. UNITED STATES;

No. 02M4.  MOBLEY v. SUPERIOR COURT OF CALIFORNIA ET AL.;

No. 02M5.  PENDLETON v. MORRISON;

No. 02M6.  WHITE v. MALONEY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION;

No. 02M7.  TORRES v. LAMPERT, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION;

No. 02M8.  WASHINGTON v. VALSPAR INDUSTRIAL COATINGS GROUP;

No. 02M10.  TOLLIVER v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY;

No. 02M11.  REYNOLDS ET UX. v. AMSOUTH BANK;

No. 02M12.  METCALF v. FELEC SERVICES ET AL.;

No. 02M14.  SORKPOR v. COMPUTER SCIENCES CORP.;

No. 02M15.  PARKER v. UNITED STATES;

No. 02M17.  CATALANO v. COMMISSIONER OF INTERNAL REVENUE;

No. 02M18.  PANNELL v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS;

No. 02M19.  BULLINS v. BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.;

No. 02M20.  REDUS v. UNITED STATES POSTAL SERVICE; and

No. 02M21.  SIMMONS v. STUBBLEFIELD, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.